United States District Court
Southern District of Texas
**ENTERED**
March 05, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANKUS, L.L.C, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. H-19-3365 |
| WELLS FARGO BANK, N.A., | § § § | |
| Defendant. | § | |

# FINAL JUDGMENT

For the reasons stated in this court's Memorandum and Opinion entered this date, this civil action is dismissed with prejudice. This is a final judgment.

SIGNED on March 5, 2020, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge